UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JACQUELYN GRAULTY | * | CIVIL ACTION |
| VERSUS | * | NO. 15-236, SEC. H |
| DR. SUSAN JEANFREAU ET AL. | * | JUDGE JANE TRICHE MILAZZO |
| * * * * * * * * | * | MAG. JUDGE SALLY SHUSHAN |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties' joint stipulation of dismissal with prejudice and the provisions of Federal Rule 41(a) considered;

**IT IS ORDERED ADJUDGED AND DECREED** that the above captioned civil action be and is hereby dismissed with prejudice as to Defendant BioReference Laboratories, Inc. only, and with the parties to bear their own costs and expenses. Accordingly;

**IT IS FURTHER ORDERED** that Defendant BioReference's Motion for Summary Judgment (Doc. 31) is **DENIED AS MOOT**.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE