## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JACQUELYN GRAULTY, | * | CIVIL ACTION NO. 15-236 |
| | * | |
| Plaintiff, | * | SECTION: "H"(1) |
| | * | |
| v. | * | JUDGE: JANE TRICHE MILAZZO |
| | * | |
| DR. SUSAN JEANFREAU, FLEUR DE | * | MAG. JUDGE: SALLY SHUSHAN |
| LIS OB/GYN ASSOCIATES, LLC, BIO- | * | |
| REFERENCE LABORATORIES, INC., | * | JURY TRIAL DEMANDED |
| AND LABORATORY CORPORATION | * | |
| OF AMERICA | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jacquelyn Graulty and defendant Laboratory Corporation of America stipulate that all claims asserted in this action against Laboratory Corporation of America are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with plaintiff and defendant bearing her or its own respective costs, expenses, and attorney's fees related to those claims.

Executed this 23rd day of March, 2016.

Respectfully submitted

/s/ Douglas R. Plymale
Douglas R. Plymale (La. Bar No. 28409)
drnlymale@plymalelawfirm.com
PLYMALE LAW FIRM
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA 70130
Telephone: (504) 355-0092
Facsimile: (504) 648-0181

/s/ Jeffrey A. Mitchell
Jeffrey A. Mitchell (La. Bar No.19711)

2658800-1

jmitchell@cochranfirm.com
Richard C. Ely, Jr. (La. Bar No.25662)
rely@cochranfirm.com
THE COCHRAN FIRM METAIRIE, L.L.C.
One Galleria Boulevard, Suite 2130
Metairie, Louisiana 70001
Telephone: (504) 309-5000
Facsimile: (504) 309-5007
*Counsel for Plaintiff Jacquelyn Graulty*

And

*/s/ Brent A. Talbot*
BRENT A. TALBOT (#19174), T.A.
LORETTA O. HOSKINS (#30558)
-of-
CHAFFE MCCALL, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504)585-7000
Fax: (504) 544-6095
*ATTORNEYS FOR DEFENDANT
LABORATORY CORPORATION OF AMERICA*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March, 2016, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by the court's electronic filing system.

*/s/ Brent A. Talbot*

2658800-1