UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JACQUELYN GRAULTY, | * | CIVIL ACTION NO. 15-236 |
| Plaintiff, | * | SECTION: "H"(1) |
| v. | * | JUDGE: JANE TRICHE MILAZZO |
| DR. SUSAN JEANFREAU, FLEUR DE LIS OB/GYN ASSOCIATES, LLC, BIO-REFERENCE LABORATORIES, INC., AND LABORATORY CORPORATION OF AMERICA | * | MAG. JUDGE: SALLY SHUSHAN |
| | * | JURY TRIAL DEMANDED |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Stipulation of Dismissal with Prejudice by plaintiff Jacquelyn Graulty and defendant Laboratory Corporation of America,

THE STIPULATION IS SO ORDERED AND ALL CLAIMS AGAINST LABORATORY CORPORATION OF AMERICA ARE DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 24th day of March, 2016

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

2658800-1